ORIGINAL

KSC

LAW OFFICES OF BROOK HART
A Law Corporation
BROOK HART 723-0
333 Queen Street, Suite 610
Honolulu, Hawaii  96813
Telephone:  (808) 526-0811

Attorneys for Defendant
SHAWN AGUIAR

LODGED

AUG 0 2 2006
2:45 PM
CLERK, U.S.D.
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2006  Ag

at  2  o'clock and 40 min  P  M
SUE BEITIA, CLERK

                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,        ) CR. NO. 05-00206-04 HG
                                 )
            Plaintiff,           ) STIPULATION PERMITTING
                                 ) DEFENDANT TO TRAVEL OUT OF THE
      vs.                        ) JURISDICTION; EXHIBIT A; ORDER
                                 )
SHAWN AGUIAR,                    )
                                 )
            Defendant.           )
_____)


               **STIPULATION PERMITTING DEFENDANT
               TO TRAVEL OUT OF THE JURISDICTION**

          IT IS HEREBY STIPULATED, by and between the parties

hereto, by and through their respective counsel, that Defendant

SHAWN AGUIAR shall be permitted to travel with his family to the

State of California.  He and his wife, Cherice, and their children,

Dylan and Dawson, will travel to Disneyland, Universal Studios, Sea

World, and visit a friend residing in Lompoc, California.  The

Aguiars will leave Hawaii from Kailua-Kona, Hawaii, on August 13,

2006, traveling by air transportation to Los Angeles, California,

and returning by air transportation to Kailua-Kona, Hawaii, on

August 25, 2006.  Said travel shall be pursuant to the attached

itinerary; the Aguiars will stay at the listed hotels on the dates

set forth in the attached "Exhibit A".

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG 0 2 2006

DISTRICT OF HAWAII

U.S. Pretrial Services Officer Carolyn Hall has stated that she has no objection to Defendant AGUIAR traveling to the State of California with his family if this travel is agreed to by Assistant United States Attorney Chris Thomas.

DATED: Honolulu, Hawaii, August 1, 2006.

AGREED AND SO STIPULATED:

_____
BROOK HART
Attorney for Defendant
SHAWN AGUIAR

_____
CHRIS THOMAS
Assistant United States Attorney

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

UNITED STATES OF AMERICA v. SHAWN AGUIAR;
Cr. No. 05-00206 HG
Stipulation Permitting Defendant To Travel Out Of The Jurisdiction;
Exhibit A; Order

-2-