ACCOMMODATIONS FOR SHAWN AGUIAR AND FAMILY
WHILE IN CALIFORNIA AUGUST 14-25, 2006

August 14-18, 2006
Goodnight Inn
7032 Orangethorpe Avenue
Buena Park, CA 90621
(714) 523-1488

August 18-20, 2006
Goodnight Inn Seaworld
3880 Greenwood Street
San Diego, CA 92110
(619) 543-9944

August 20-24, 2006
c/o Charles Stevens
3085 Avena Road
Lompoc, CA 93436
(805) 736-9443

August 24, 2006
Goodnight Inn
7032 Orangethorpe Avenue
Buena Park, CA 90621
(714) 523-1488

EXHIBIT A

# Los Angeles, CA (2)

 Expedia.com

## Booked items

**Flight:** Kailua-Kona to Los Angeles                                          back to top

Expedia.com itinerary number: **117020439191**
Expedia.com booking ID: **MEUDQ4** (1)
Airline ticket number(s): E0127644230838-841
Airline ticketing date: 27-Jul-06
Aloha Airlines confirmation code: UWJD6Y
Northwest confirmation code: MEUDQ4

**Main contact:** Shawn Agular
E-mail: deregodeca@aol.com
Home phone: (808) 960-1119

### Traveler and cost summary

| Traveler | Type | | |
|---|---|---|---|
| Shawn Agular | Adult | Add Frequent Flyer number(s) | $478.66 |
| Cherice Agular | Adult | Add Frequent Flyer number(s) | $478.66 |
| Dylan Agular | Child | Requested: Child Meal / Add Frequent Flyer number(s) | $478.66 |
| Dawson Agular | Child | Requested: Child Meal / Add Frequent Flyer number(s) | $478.66 |
| | | Taxes & Fees | $194.56 |
| | | Booking Fee | $20.00 |
| | | **Total (MasterCard)** | **$2,129.20** |

Change this flight   Request seat changes   Print a receipt   View cancellation information

### Flight summary

To verify flight information, you can check your flight status and departure gate online, or contact the airline directly. Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored.

**Sun 13-Aug-06**

Kailua-Kona (KOA) to Honolulu (HNL)   170 mi (274 km)   *Aloha*
Depart 7:51 pm   Arrive 8:30 pm   Duration: 0hr 39mn   Flight: 95
                 Terminal Z

Economy/Coach Class ( Seat assignments upon check-in   More information ), 32

Honolulu (HNL) to Los Angeles (LAX)   2,553 mi (4,109 km)   *nwa*
Depart 9:45 pm   Arrive 5:59 am ±1 day   Duration: 5hr 14mn   Flight: 90
Terminal M         Terminal 2

Economy/Coach Class ( Seat assignments upon check-in   More information ), Food For Purchase, Boeing 757 (757-300), 90% on time

Total distance: 2,723 mi (4,382 km)                Total duration: 5hr 53mn (7hr 8mn with connections)

**Fri 25-Aug-06**

Los Angeles (LAX) to Honolulu (HNL)   2,553 mi (4,109 km)   *nwa*
Depart 2:35 pm   Arrive 5:12 pm   Duration: 5hr 37mn   Flight: 91
Terminal 2        Terminal M

Economy/Coach Class ( 36D, 36C, 36B, 36A ), Food For Purchase, Boeing 757 (757-300), 80% on time

Honolulu (HNL) to Kailua-Kona (KOA)   170 mi

Depart 6:47 pm        Arrive 7:30 pm        (274 km)
Terminal Z                                  Duration: 0hr 43mn
                                            nwa
                                            Flight: 4962
                                            Operated by: HAWAIIAN AIRLINES
                                            — HA308

Economy/Coach Class ( Seat assignments upon check-in [i] More information ), Boeing 717

Total distance: 2,723 mi (4,382 km)        Total duration: 6hr 20mn (7hr 55mn with connections)

**Airline rules & regulations**
- Please note that the most restrictive set of rules applies to your entire itinerary.
- **Kailua-Kona, Hawaii (Big) Island, HI (KOA-Keahole) to Honolulu, Oahu, HI (HNL-Honolulu Intl.)**
  Ticket changes may incur penalties and/or increased fares.
- **Honolulu, Oahu, HI (HNL-Honolulu Intl.) to Los Angeles, CA (LAX-Los Angeles Intl.)**
  Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- **Los Angeles, CA (LAX-Los Angeles Intl.) to Kailua-Kona, Hawaii (Big) Island, HI (KOA-Keahole)**
  Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 **per ticket** will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. [i] More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $20.00 booking fee.
- Please read important information regarding airline liability limitations.
- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

**Activities & Services:** Los Angeles                                    back to top

Expedia.com Itinerary number: **117020439191**

IMPORTANT: Be sure to print and bring all vouchers with you on your trip. Vouchers are required for the redemption of all purchased activities, attractions and services. View and print all vouchers.

**Los Angeles**

| Activity | Date | Vouchers | Quantity | Price |
|---|---|---|---|---|
| Southern California CityPass Details | 8/14/06 – 8/25/06 | View | 2 Adults, 1 Child | $557.00 |
| Taxes and fees | | | | $0.00 |
| **Activities & Services total** | | | | **$557.00** |

**Activities rules and restrictions**
- Activities & Services require prepayment. You will be charged in full for all selected Activities & Services at the time of booking.
- Activities & Services are non-refundable.
- Activities & Services cannot be transferred from one person to another.
- Activities & Services availability and pricing are subject to change until full payment is received.
- You must print your Activities & Services vouchers and bring them with you to your destination.

➤ View and print all vouchers. Then bring them with you when you go.

## Date and locations

August 14 - 18     Los Angles

August 18 – 20    San Diego

August 20- 23      Lompoc

August 23 – 25    Los Angles