EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS     #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:    (808) 541-2850
Facsimile:    (808) 541-2958
e-mail:       Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2006

at __16__ o'clock and __40__ min. __a__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00206-04 JMS |
| | ) | |
| Plaintiff, | ) | CONSENT TO RULE 11 PLEA IN |
| | ) | A FELONY CASE BEFORE UNITED |
| vs. | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| SHAWN AGUIAR, aka "Rivers", | ) | Hearing: September 25, 2006 |
| | ) | Time:    11:00 a.m. |
| Defendant. | ) | Judge:   Honorable Barry M. |
| | ) |          Kurren |

CONSENT TO RULE 11 PLEA IN A FELONY
CASE BEFORE UNITED STATES MAGISTRATE JUDGE

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Fed.R.Crim.P., incident to the

making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed.R.Crim.P. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED: September 25, 2006, at Honolulu, Hawaii.

_____
SHAWN AGUIAR
Defendant

_____
BROOK HART
Attorney for Defendant

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S.A. v. Shawn Aguiar
Cr. No. 05-00206 JMS
Consent to Rule 11 Plea in
A Felony Case Before United
States Magistrate Judge